# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO.** |
| | : | |
| **Plaintiff,** | : | **MAGISTRATE NO.:  21-mj-521** |
| | : | |
| **v.** | : | **VIOLATIONS:** |
| | : | |
| **KRISTI MUNN (AKA: KRISTI MARIE** | : | **18 U.S.C. § 1752(a)(1)** |
| **MUNN), THOMAS MUNN (AKA: TOM** | : | **(Entering and Remaining in a Restricted** |
| **MUNN), DAWN MUNN, JOSHUA** | : | **Building or Grounds)** |
| **MUNN (AKA: JOSH MUNN), AND** | : | **18 U.S.C. § 1752(a)(2)** |
| **KAYLI MUNN,** | : | **(Disorderly and Disruptive Conduct in a** |
| | : | **Restricted Building or Grounds)** |
| **Defendants.** | : | **40 U.S.C. § 5104(e)(2)(D)** |
| | : | **(Disorderly Conduct in a Capitol** |
| | : | **Building)** |
| | : | **40 U.S.C. § 5104(e)(2)(G)** |
| | : | **(Parading, Demonstrating, or Picketing in** |
| | : | **a Capitol Building)** |

# I N F O R M A T I O N

The United States Attorney charges that:

## COUNT ONE

On or about January 6, 2021, in the District of Columbia, **Kristi Munn (AKA:**
**Kristi Marie Munn), Thomas Munn (AKA: Tom Munn), Dawn Munn, Joshua Munn (AKA:**
**Josh Munn),** and **Kayli Munn**, did unlawfully and knowingly enter and remain in a restricted
building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the
United States Capitol and its grounds, where the Vice President and Vice President-elect were
temporarily visiting, without lawful authority to do so.

> (**Entering and Remaining in a Restricted Building or Grounds**, in violation of Title 18,
> United States Code, Section 1752(a)(1))

## COUNT TWO

On or about January 6, 2021, in the District of Columbia, **Kristi Munn (AKA:**
**Kristi Marie Munn), Thomas Munn (AKA: Tom Munn), Dawn Munn, Joshua Munn (AKA:**

**Josh Munn),** and **Kayli Munn**, did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

(**Disorderly and Disruptive Conduct in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(2))

## COUNT THREE

On or about January 6, 2021, in the District of Columbia, **Kristi Munn (AKA: Kristi Marie Munn), Thomas Munn (AKA: Tom Munn), Dawn Munn, Joshua Munn (AKA: Josh Munn),** and **Kayli Munn**, willfully and knowingly engaged in disorderly and disruptive conduct in any of the Capitol Buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress and either House of Congress, and the orderly conduct in that building of a hearing before or any deliberation of, a committee of Congress or either House of Congress.

(**Disorderly Conduct in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(D))

## COUNT FOUR

On or about January 6, 2021, in the District of Columbia, **Kristi Munn (AKA: Kristi Marie Munn), Thomas Munn (AKA: Tom Munn), Dawn Munn, Joshua Munn (AKA: Josh Munn),** and **Kayli Munn**, willfully and knowingly paraded, demonstrated, and picketed in any United States Capitol Building.

(**Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(G))

Date: July 16, 2021

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY

By:     *s/ Monica A. Stump*
MONICA A. STUMP
PA Bar 90168
Assistant United States Attorney - Detailee
Nine Executive Drive
Fairview Heights, IL 62208
Tel. No. 618-622-3860
monica.stump@usdoj.gov

By:     *s/ Jennifer M. Rozzoni*
JENNIFER M. ROZZONI
NM Bar No. 14703
Assistant United States Attorney - Detailee
201 3rd Street, Suite 900
Albuquerque, NM 87102
Tel. No. 505-350-6818
jennifer.m.rozzoni@usdoj.gov