UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 21-cr-474-BAH |
| v. |  |
| KRISTI MUNN, *et al.*, Defendant. |  |

## NOTICE OF FILING DISCOVERY CORRESPONDENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files its August 11, 2021 and August 23, 2021 discovery letters, memorializing discovery sent on August 11 and August 19, 2021, which is served as an attachment via ECF on counsel for Defendants.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By: *s/ Monica A. Stump*
MONICA A. STUMP
PA Bar No. 90168
Assistant United States Attorney
District of Columbia
Capitol Riot Detailee
Nine Executive Drive
Fairview Heights, IL 62208
Telephone No. (618) 622-3860
Monica.stump@usdoj.gov

*s/ Jennifer M. Rozzoni*
JENNIFER M. ROZZONI
NM Bar No. 14703
Assistant United States Attorney
District of Columbia
Capitol Riot Detailee
201 3rd Street, Suite 900
Albuquerque, NM 87102
(505) 350-6818
jennifer.m.rozzoni@usdoj.gov