# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal No. 1:21-cr-474** |
| | : | |
| **KRISTI MUNN,** | : | **Honorable Chief Judge Beryl A. Howell** |
| **THOMAS MUNN,** | : | |
| **DAWN MUNN,** | : | |
| **JOSHUA MUNN,** | : | |
| **KAYLI MUNN,** | : | |
| | : | |
| **Defendants.** | : | |

## UNITED STATES' REPORT AND POSITION REGARDING PUBLIC RELEASE OF PHOTO AND VIDEO EVIDENCE RE: THE MUNN DEFENDANTS

The United States will make the following video and photo evidence available to the Court electronically in preparation for the plea hearings and sentencings of the defendants in the above referenced matter:

| # | File Name | Source | Length and Relevant Portion If Applicable | Location Depicted |
|---|---|---|---|---|
| 1 | 20210106-FELONYRIOTING-CAPITAL_BUILDING.mp4_clip_1633_1656 | MPD BWC | 00:23 | Upper West Terrace |
| 2 | USCH 01 Crypt East - 2021-01-06_19h20min01s.mp4_clip_588_639 HIGHLY SENSITIVE.mp4 | Capitol Police | 00:51 | Crypt East |

| # | File Name | Source | Length and Relevant Portion If Applicable | Location Depicted |
|---|---|---|---|---|
| 3 | USCH 01 Memorial Door - 2021-01-06_19h31min24s. mp4_clip_865_91 0 HIGHLY SENSITIVE | Capitol Police | 00:45 | Memorial Door |
| 4 | USCS 01 Crypt Lobby East - 2021-01-06_19h19min01s. mp4_clip_690_73 8 HIGHLY SENSITIVE | Capitol Police | 00:47 | Crypt Lobby East |
| 5 | USCS01SenateWi ngDoornearS139_ 2021-01-06_14h20min18s0 87ms.mp4_clip_29 4_326 HIGHLY SENSITIVE.mp4 | Capitol Police | 00:32 | Senate Wing Doors |
| 6 | USCS01SenateWi ngDoornearS139_ 2021-01-06_15h13min58s9 20ms.mp4_clip_15 5_211 HIGHLY SENSITIVE.mp4 | Capitol Police | 00:56 | Senate Wing Doors |
| 7 | USCS 01 Crypt Lobby East - 2021-01-06_19h31min20s. mp4_clip_0_309 HIGHLY SENSITIVE.mp4 | Capitol Police | 5:09 | Crypt Lobby East |

| # | File Name | Source | Length and Relevant Portion If Applicable | Location Depicted |
|---|-----------|--------|------------------------------------------|-------------------|
| 8 | 1610059213.11-df96bf84f5d9dc7d1049ef578c2a010bd101e19a-file-0_1of1_TRUMP RALLY DC DLive - sHgZco-GR.mp4_clip_1312_1550.mp4 | DLive | 3:58 | Senate Wing, Room S-145 |
| 9 | image_00000.jpeg | Image from Facebook account of Tom Munn – private message to Josh Munn | N/A | N/A |
| 10 | image_00001.jpeg | Image from Facebook account of Tom Munn – private message | N/A | N/A |
| 11 | image_00002.jpeg | Image from Facebook account of Tom Munn – comment on photo | N/A | N/A |
| 12 | image_00003.jpeg | Image from Facebook account of Tom Munn - photo | N/A | N/A |
| 13 | image_00004.jpeg | Image from Facebook account of Tom Munn - photo | N/A | N/A |
| 14 | image_00005.jpeg | Image from Facebook account of Tom Munn - photo | N/A | N/A |
| 15 | image_00006.jpeg | Image from Facebook account of Tom Munn - photo | N/A | N/A |
| 16 | image_00007.jpeg | Image from Facebook account of Tom Munn - status | N/A | N/A |
| 17 | image_00008.jpeg | Image from Facebook account of Dawn Munn - status | N/A | N/A |

| # | File Name | Source | Length and Relevant Portion If Applicable | Location Depicted |
|---|-----------|--------|-------------------------------------------|-------------------|
| 18 | image_00009.jpeg | Image from Facebook account of Tom Munn - photo | N/A | N/A |
| 19 | image_00010.jpeg | Image from Facebook account of Tom Munn – status, photo, private message | N/A | N/A |
| 20 | image_00011.jpeg | Image from Facebook account of Tom Munn – status, photo, private message | N/A | N/A |
| 21 | image_00020.jpeg | Image from Facebook account of Dawn Munn - photo | N/A | N/A |
| 22 | image_00021.jpeg | Image from Facebook account of Tom Munn – private messages, photo | N/A | N/A |
| 23 | image_00022.jpeg | Image from Facebook account of Tom Munn – private messages, photo, status | N/A | N/A |
| 24 | image_00023.jpeg | Image from Facebook account of Dawn Munn - photo | N/A | N/A |
| 25 | image_00024.jpeg | Image from Facebook account of Dawn Munn – status and photo | N/A | N/A |
| 26 | Image_00026.jpeg | Image from Facebook account of Tom Munn – private message | N/A | N/A |
| 27 | Image_00027.jpeg | Image from Facebook account of Tom Munn – private messages | N/A | N/A |
| 28 | image_00028.jpeg | Image from Facebook account of Tom Munn – sent by Tom Munn to multiple FB user | N/A | N/A |
| 29 | image_00030.jpeg | Image from Facebook account of Tom Munn | N/A | N/A |

| # | File Name | Source | Length and Relevant Portion If Applicable | Location Depicted |
|---|-----------|--------|-------------------------------------------|-------------------|
| 30 | image_00037.jpeg | Image from Facebook account of Tom Munn - photo | N/A | N/A |
| 31 | image_00053.jpeg | Photo from Facebook account of Minor Child-1 to Facebook account of Tom Munn | N/A | Unknown road |
| 32 | image_00059.jpeg | Photo from Facebook account of Dawn Munn – photos, Dawn sent to Facebook account of Kristi Munn | N/A | Hotel room |
| 33 | image_00060.jpeg | Photo from Facebook account of Dawn Munn – photos, Dawn sent to Facebook account of Kristi Munn | N/A | Hotel room |
| 34 | image_00061.jpeg | Photo from Facebook account of Dawn Munn – in Dawn's photos, Dawn sent to Facebook account of Kristi Munn, Dawn posted as a status, Kelsi Munn posted | N/A | Hotel room |
| 35 | image_00062.jpeg | Photo from Facebook account of Dawn Munn – photos, Dawn sent to Facebook account of Kristi Munn | N/A | Unknown |
| 36 | image_00063.jpeg | Photo from Facebook account of Dawn Munn – photos, Dawn sent to Facebook account of Kristi Munn | N/A | Hotel room |
| 37 | image_00064.jpeg | Photo from Facebook account of Dawn Munn – photos, Dawn sent to Facebook account of Kristi Munn | N/A | Hotel room |

| # | File Name | Source | Length and Relevant Portion If Applicable | Location Depicted |
|---|-----------|--------|--------------------------------------------|-------------------|
| 38 | image_00066.jpeg | Photo from Facebook account of Kristi Munn – photos | N/A | Unknown |
| 39 | image_00067.jpeg | Photo from Facebook account of Kristi Munn – Kristi sent to Facebook account of Dawn Munn | N/A | Unknown |
| 40 | image_00068.jpeg | Photo from Facebook account of Kristi Munn – Kristi sent to Facebook account of Dawn Munn | N/A | Unknown |
| 41 | image_00069.jpeg | Photo from Facebook account of Kristi Munn – Kristi sent to Facebook account of Dawn Munn | N/A | Unknown |
| 42 | image_00070.jpeg | Photo from Facebook account of Kristi Munn – Kristi sent to Facebook account of Dawn Munn | N/A | Unknown |
| 43 | image_00071.jpeg | Photo from Facebook account of Kristi Munn – Kristi sent to Facebook account of Dawn Munn | N/A | Unknown |
| 44 | image_00072.jpeg | Photo from Facebook account of Kristi Munn – Kristi sent to Facebook account of Dawn Munn | N/A | Unknown |
| 45 | image_00073.jpeg | Photo from Facebook account of Kristi Munn sent to another Facebook user | N/A | Unknown |

| # | File Name | Source | Length and Relevant Portion If Applicable | Location Depicted |
|---|-----------|--------|-------------------------------------------|-------------------|
| 46 | image_00074.jpeg | Photo from Facebook account of Dawn Munn sent to five different Facebook users, sent to Facebook accounts of Tom Munn and Kristi Munn, Dawn commented and posted on status, Tom commented, Kelsi posted on her own Facebook account | N/A | Unknown |
| 47 | image_00081.jpeg | Photo from Facebook account of Dawn Munn – Dawn sent to Facebook account of Kristi Munn, Dawn commented and posted on status, Dawn sent to another Facebook user, Kelsi Munn posted on her own Facebook account | N/A | Unknown |
| 48 | image_00086.jpeg | Photo from Facebook account of Dawn Munn – Dawn sent to Facebook account of Kristi Munn, posted photo and sent to two Facebook users | N/A | Unknown |
| 49 | image_00092.jpeg | Photo from Facebook account of Josh Munn – sent to Facebook account of Kelsi Munn and another Facebook user | N/A | Approach to the northwest side of the Capitol |
| 50 | image_00093.jpeg | Photo from Facebook account of Josh Munn – sent to Facebook account of Kelsi Munn and another Facebook user | N/A | View to west from Capitol |
| 51 | image_00094.jpeg | Photo from Facebook account of Josh Munn – sent to Facebook account of Kelsi Munn and another Facebook user | N/A | View to west from Capitol |

| # | File Name | Source | Length and Relevant Portion If Applicable | Location Depicted |
|---|-----------|--------|---------------------------------------------|-------------------|
| 52 | image_00095.jpeg | Photo from Facebook account of Josh Munn – sent to Facebook account of Kelsi Munn and another Facebook user and another Facebook user | N/A | Upper West Terrace |
| 53 | image_00096.jpeg | Photo from Facebook account of Josh Munn – sent to Facebook account of Kelsi Munn and another Facebook user | N/A | Upper West Terrace |
| 54 | image_00097.jpeg | Photo from Facebook account of Josh Munn – sent to Facebook account of Kelsi Munn and another Facebook user | N/A | Trump Hotel |
| 55 | image_00098.jpeg | Photo from Facebook account of Josh Munn – sent to Facebook account of Kelsi Munn and another Facebook user | N/A | Trump Hotel |
| 56 | image_00099.jpeg | Photo from Facebook account of Josh Munn – sent to Facebook account of Kelsi Munn and another Facebook user | N/A | Approach to the northwest side of the Capitol |
| 57 | image_00102.jpeg | Photo from Facebook account of Dawn Munn – photos, Dawn sent to Facebook account of Kristi Munn | N/A | Metro Station |
| 58 | image_00108.jpeg | Photo from Facebook account of Dawn Munn – photos, Dawn sent to Facebook account of Kristi Munn | N/A | Unknown |

| # | File Name | Source | Length and Relevant Portion If Applicable | Location Depicted |
|---|-----------|--------|-------------------------------------------|-------------------|
| 59 | image_00133.jpeg | Photo from Facebook account of Kristi Munn – Kristi sent to Facebook account of Tom Munn, Tom posted and sent to another Facebook user | N/A | Approach to Capitol from the northwest |
| 60 | image_00134.jpeg | Photo from Facebook account of Kristi Munn – Kristi sent to Facebook account of Tom Munn, Tom posted and sent to another Facebook user | N/A | Unknown |
| 61 | image_00135.jpeg | Photo from Facebook account of Kristi Munn – Kristi sent to Facebook account of Tom Munn, Tom posted and sent to another Facebook user | N/A | Approach to Capitol from the northwest |
| 62 | image_00136.jpeg | Photo from Facebook account of Kristi Munn – Kristi sent to Facebook account of Tom Munn, Tom posted and sent to another Facebook user | N/A | Approach to the Capitol from the northwest |
| 63 | image_00137.jpeg | Photo from Facebook account of Kristi Munn – Kristi sent to Facebook account of Tom Munn, Tom posted and sent to another Facebook user | N/A | Unknown |
| 64 | image_00138.jpeg | Photo from Facebook account of Kristi Munn – Kristi sent to Facebook account of Tom Munn, Tom posted and sent to another Facebook user | N/A | Approach to the Capitol from the northwest |

| # | File Name | Source | Length and Relevant Portion If Applicable | Location Depicted |
|---|---|---|---|---|
| 65 | image_00139.jpeg | Photo from Facebook account of Kristi Munn – Kristi sent to Facebook account of Tom Munn, Tom posted and sent to another Facebook user | N/A | Approach to the Capitol from the northwest |
| 66 | image_00140.jpeg | Photo from Facebook account of Kristi Munn – Kristi sent to Facebook account of Tom Munn, Tom posted and sent to another Facebook user | N/A | Approach to the Capitol from the northwest |
| 67 | image_00149.jpeg | Photo from Facebook account of Kristi Munn – Kristi sent to Facebook account of Tom Munn | N/A | West side of the Capitol - scaffolding |
| 68 | image_00150.jpeg | Photo from Facebook account of Kristi Munn – Kristi sent to Facebook account of Tom Munn | N/A | West side of the Capitol - scaffolding |
| 69 | image_00160.jpeg | Photo from Facebook account of Tom Munn posted | N/A | Unknown |
| 70 | image_00181.jpeg | Photo from Facebook account of Tom Munn | N/A | Unknown |
| 71 | image_00182.jpeg | Photo from Facebook account of Kayli Munn – Kayli sent to Facebook account of Tom Munn | N/A | Capitol grounds |
| 72 | image_00183.jpeg | Photo from Facebook account of Kayli Munn – Kayli sent to Facebook account of Tom Munn | N/A | Capitol grounds |
| 73 | image_00184.jpeg | Photo from Facebook account of Kayli Munn – Kayli sent to Facebook account of Tom Munn | N/A | Capitol grounds |

| # | File Name | Source | Length and Relevant Portion If Applicable | Location Depicted |
|---|---|---|---|---|
| 74 | image_00185.jpeg | Photo from Facebook account of Kayli Munn – Kayli sent to Facebook account of Tom Munn, Kayli Munn posted and commented on photo | N/A | Upper West Terrace |
| 75 | image_00186.jpeg | Photo from Facebook account of Kayli Munn – Kayli sent to Facebook account of Tom Munn | N/A | Upper West Terrace |
| 76 | image_00192.jpeg | Photo from Facebook account of Kristi Munn – Kristi sent to Facebook account of Tom Munn | N/A | Metro Train |
| 77 | image_00194.jpeg | Photo from Facebook account of Kristi Munn | N/A | Unknown |
| 78 | Image_00200.jpeg | Photo from Facebook account of Dawn Munn – sent to Facebook account of Kristi Munn | N/A | Unknown |
| 79 | image_00204.jpeg | Image from Facebook account of Dawn Munn – sent to Facebook account of Kristi Munn | N/A | East Rotunda Doors |
| 80 | image_00223.jpeg | Photo from Facebook account of Dawn Munn – sent to Facebook account of Kristi Munn | N/A | Unknown |
| 81 | image_00226.jpeg | Photo from Facebook account of Dawn Munn – sent to Facebook account of Kristi Munn | N/A | Unknown |
| 82 | image_00229.jpeg | Photo from Facebook account of Dawn Munn – sent to Facebook account of Kristi Munn | N/A | Metro Station |

The Government does not object to the public release of any of the photos or videos on

this list.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:        /s/
JENNIFER M. ROZZONI
NM Bar No. 14703
Assistant United States Attorney - Detailee
201 3rd Street, Suite 900
Albuquerque, NM 87102
Tel. No. 505-350-6818
Email: jennifer.m.rozzoni@usdoj.gov

12